

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLA KIRKSEY<br>DANIEL KIRKSEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA,<br>et al. | : | NO. 15-5667 |

FILED
OCT 2 2 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER

AND NOW, this 22 day of October, 2015, upon consideration of plaintiffs' motion to proceed *in forma pauperis* and their *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED in accordance with the Court's memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
WENDY BEETLESTONE, J.

ENTERED
OCT 2 2 2015
CLERK OF COURT

10/22/15 mail:
C Kirksey D. Kirksey